BABETTA WACHSMAN et al., Respondents, *v.* TRAVELERS INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant.

Reported below, 175 App. Div. 981.
(Submitted February 5, 1917; decided February 9, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 26, 1916, affirm-

ing a judgment in favor of plaintiffs entered upon a verdict in an action to recover on a policy of indemnity insurance.

The motion was made upon the ground that the Appellate Division had unanimously decided that the verdict was supported by the evidence; that the exceptions were frivolous and raised no question of law for review; that permission to appeal had not been obtained; and that the appeal was taken for purposes of delay.

*Joseph Wilkenfeld* for motion.

*William J. Moran* opposed.

Motion denied, with ten dollars costs.